**Order entered March 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01469-CV

**CRESENCIO BASTIDA, Appellant**

**V.**

**ABEL'S MOBILE HOME SERVICE, INC., ET AL, Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02287-06**

## ORDER

Because the clerk's record filed electronically March 1, 2013 is defective, and a corrected

record was filed March 6, 2013, we **STRIKE** the March 1st record from the record of this cause.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE